1
2
3
4
5
6
7
8
9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   FELIX S. CORDOBA,                    )
                                          )        2:06-cv-342-GEB-CMK
13                        Plaintiff,      )
                                          )        ORDER
14        v.                              )
                                          )
15   SOCIAL SECURITY ADMINISTRATION,      )
                                          )
16                        Defendant.      )
                                          )
17   ───────────────────────────────────

18          On March 17, 2006, and March 22, 2006, the parties lodged

19   individual consents to refer this action to the United States

20   Magistrate Judge for all purposes.  See 28 U.S.C. §636(c).  Local

21   Rule 73-305(b) prescribes "notwithstanding the consent of all

22   parties, the [United States District] Judge or Magistrate Judge may

23   reject the referral."

24   ///

25   ///

26   ///

27   ///

28   ///

                                    1

        If the Magistrate Judge accepts the referral, this action
is reassigned to the Magistrate Judge on the date this Order is
filed.

Dated:  March 27, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge


                         ACCEPTANCE OF REFERRAL

        Pursuant to the parties' consent and the approval of the
United States District Judge, I accept reassignment of this action for
all further proceedings, including entry of final judgment.   All
documents hereafter filed shall be denominated as
2:06-cv-342-CKM.

        IT IS SO ORDERED.


DATED:   March 27, 2006.


                         _____
                         CRAIG M. KELLISON
                         UNITED STATES MAGISTRATE JUDGE