```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FELIX CORDOBA,<br><br>            Plaintiff,<br><br>       vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | Case No. 2:06-CV-00342-CMK<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new ALJ hearing and decision. On remand, the ALJ will:

   1.   further evaluate Plaintiff's mental impairment by employing the special technique in 20 C.F.R. § 404.1520a. If necessary, the ALJ should seek the

|     |     |                                                                 |
| --- | --- | --------------------------------------------------------------- |
|     |     | assistance of a medical expert or send Plaintiff for a          |
|     |     | consultative mental status examination to clarify the           |
|     |     | severity and effects of the mental impairment;                  |
|     | 2.  | reevaluate the treating and nonexamining source                 |
|     |     | opinions, and if a portion of any opinion is rejected,          |
|     |     | the decision must explain why the ALJ is rejecting that         |
|     |     | portion and provide supporting rationale;                       |
|     | 3.  | reevalute Plaintiff's residual functional capacity;             |
|     | 4.  | evaluate the lay witness evidence and explain the               |
|     |     | weight given to the evidence; and                               |
|     | 5.  | if needed, obtain testimony from a vocational expert to         |
|     |     | determine the effect of Plaintiff's limitations on the          |
|     |     | occupational base.                                              |

In addition, since Plaintiff filed subsequent concurrent applications on January 5, 2006, the ALJ will associate the claims and issue a decision based on the associated claims.

It is further stipulated that the administrative decision giving rise to this action is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/ / /

/ / /

/ / /

```
     /s/ John V. Johnson
          (As authorized on August 16, 2006)
     JOHN V. JOHNSON
     Attorney at Law

     Attorney for Plaintiff



     McGREGOR W. SCOTT
     United States Attorney
     BOBBIE J. MONTOYA
     Assistant U.S. Attorney

By:  /s/ Bobbie J. Montoya for
          (As signed on August 16, 2006)
     KATHERINE R. LOO
     Special Assistant U.S. Attorney

     Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:   August 22, 2006.

                                             _____
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE